AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 1:20-mj- |
| JASON DAVID TIPTON | ) | |
| DOB | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 13, 2020__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252(a)(2) | Distribution of Child Pornography (Certain activities relating to material involving the sexual exploitation of minors) |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☐ Continued on the attached sheet.

*Complainant's signature*

Special Agent Alix Skelton, FBI
*Printed name and title*

Attested to by the applicant in accordance with Fed. R. Crim. P. 4.1 by telephone.

Date: 04/01/2020

*Judge's signature*

City and state: Washington, D.C.

Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*