UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | Case: 1:20-mj-52 |
|---|---|
| v. | Assigned To : Magistrate Judge Deborah A. Robinson |
| JASON DAVID TIPTON | Assign. Date : 4/01/2020 |
| | Description: COMPLAINT |

## AFFIDAVIT IN SUPPORT OF A COMPLAINT AND ARREST WARRANT

I, Alix Skelton, a Special Agent with the Federal Bureau of Investigation (FBI), Washington Field Division, Washington, D.C., being duly sworn, depose and state as follows:

### Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such. I have been so employed by the FBI since 2011. Currently, I am assigned to the Washington Field Office ("WFO"), where I am responsible for conducting and assisting in investigations involving child pornography, the sexual exploitation of children, and human trafficking. I have gained experience through training with the FBI and in my everyday work related to conducting these types of investigations. During my career as an FBI agent, I have (a) conducted physical and wire surveillance; (b) led and participated in the execution of search warrants and arrest warrants for various crimes; (c) reviewed and analyzed numerous recorded conversations and other documentation of criminal activity; (d) debriefed cooperating defendants and confidential human sources; (e) monitored wiretapped conversations; and (f) conducted physical surveillance of individuals engaged in various crimes. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including child pornography offenses in violation of Title 18, United States Code, Sections 2251 and 2252. As a Federal Agent, I am authorized to investigate violations of United States laws and to execute

warrants issued under the authority of the United States.

2. This affidavit is made in support of a criminal complaint and arrest warrant charging JASON DAVID TIPTON (herein "TIPTON") with Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), committed on or about March 13, 2020.

3. I am familiar with the information contained in this Affidavit based upon the investigation I have conducted, which includes conversations with law enforcement officers and others and review of reports and database records.

4. Because I submit this Affidavit for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me or the government. I have included only those facts necessary to establish probable cause to believe that TIPTON committed Distribution of Child Pornography in violation of Title 18, United States Code, Section 2252(a)(2).

**Statutory Authority**

5. Title 18, United States Code, Section 2252(a)(2) prohibits the knowing receipt or distribution of any visual depiction of minors engaging in sexually explicit conduct that has been mailed or shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer.

6. Title 18, United States Code, Section 2256(1) defines "minor" as any person under the age of eighteen years.

7. Title 18, United States Code, Section 2256(8) defines "Child Pornography" in relevant part as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or

other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct."

8.   Title 18, United States Code, Section 2256(2) defines "sexually explicit conduct" as actual or simulated: (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (ii) bestiality; (iii) masturbation; (iv) sadistic or masochistic abuse; or (v) lascivious exhibition of the genitals or pubic area of any person.

### Probable Cause

9.   On Monday March 9, 2020, an FBI WFO task force officer, was acting in an undercover capacity (the "UC") as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC posted numerous online bulletin messages on a specific social media forum[1] known to the UC as a website where users meet to discuss and trade child pornography and child erotica among other things. This site is forum-based and offers users an internal email through which they can communicate with other users. Users can start a conversation thread and title the topic for all users to view. Users can respond to the thread for all users to see.

10.   Leading up to March 9, 2020 the UC commented on various taboo posts that were started by other users. The UC indicated the he was a 33 year-old father with a daughter. On March 9, 2020, the UC posted an advertisement stating that he was a father in the Washington, DC/Virginia area looking to contact other dads close by who were into, *inter alia*, family,

---

[1] The true name of this forum/website is known to law enforcement. It is being anonymized to protect ongoing investigations.

daughter, and young sister things, making clear it was a sexual interest. The UC left his Kik screen name in each post that he commented on or posted.[2]

11.     On Monday, March 9, 2020, an individual using the Kik name "tiptjd" with a display name of "JT," later identified as TIPTON, sent a private Kik message to the UC stating, "Im in VA." TIPTON stated that he was a 35 year-old father with a 6 year-old daughter. The following is a portion of the text exchange:

| |
|---|
| UC: What all u get into |
| TIPTON: You tell me |
| UC: I'm taboo no limits |
| UC: Where u find me |
| TIPTON: [referred to the specific social media forum/website noted above] |
| UC: Cool, you spy on your girl and play? |
| TIPTON: A lot you? |
| UC: Yes mostly when she is asleep |
| UC: What about u |
| TIPTON: Can I see |
| UC: Yeah |
| UC: What do you have of yours |

---

[2] Kik is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

| |
|---|
| TIPTON: A lot |
| UC: Ok is she home now? |
| TIPTON: Nope. You |
| UC: Not right now. Can you hold up 3 fingers on front of her panties so I know your real |
| UC: [Sends an image of himself holding up 3 fingers near a pair of children's underwear] |
| TIPTON: [Sends an image of himself holding up 3 fingers in front of a pair of children's Super Man underwear] |

12.  During the course of the chat, the UC sent TIPTON a clothed image of his purported daughter.[3] The image depicted the side of the purported child's head and shoulder area. TIPTON responded, "Show skin." TIPTON sent the UC an image of a prepubescent child sitting with her legs crossed. The child's face was not visible and the image depicted a child wearing a black shirt with a roller skate design on the front of the shirt. Pieces of a puzzle can be seen next to the child's leg. During the course of the chat, TIPTON asked the UC about his experience with his daughter. The following is a portion of that chat exchange:

| |
|---|
| TIPTON: What all have you done |
| UC: Touch her when she is asleep and jerk on her stuff like that |
| UC: What about u |
| TIPTON: Same. And give baths and wash it all |
| UC: Nice! |
| TIPTON: It is |

---

[3] The images the UC sent to TIPTON did not depict a real child.

5

| |
|---|
| TIPTON: Well |
| UC: Waiting for you |
| UC: I sent first last time |
| TIPTON: [Sends a grainy image of what appears to be a prepubescent girl wearing a white T Shirt and a pink bottom.] |

13. After sending this image, TIPTON again asked the UC to send an image "showing skin." The UC did not send any additional images to TIPTON, who was still using the screen name "tiptjd."

14. On March 9, 2020 the UC recorded the chat logs and learned that shortly after this chat session that TIPTON's Kik account was shut down, it is unknown whether this account was shut down by TIPTON or Kik.

15. On March 12, 2020, the UC received a message from an individual using the Kik screen name "tiptjd1" with a display name of "J T" later identified as TIPTON. "Tiptjd1" sent the UC a private KIK message stating, "Hey." The UC responded, "Hey ASL," (a slang abbreviation meaning age, sex, location). On March 13, 2020, TIPTON responded, "I'm in dc. You?" During the course of the chat TIPTON stated that he was 31 years of age residing in Alexandria, Virginia with a 7 year-old daughter. The following is a portion of the chat exchange as it relates to TIPTON's daughter:

| |
|---|
| TIPTON: Got some reveal pics? |
| UC: I have a few? |
| UC: Is yours with you now? |
| TIPTON: I have pics. She isn't here |
| UC: Ok cool, I can verify that mine are original. Are you home too |

| |
|---|
| UC: [Sends an image of his purported daughter lying on a pillow. The photo depicts the purported child's neck area. The UC followed up by sending a live image pointing a finger near the same pillow.] |
| UC: Here is a live of same pillow she on |
| TIPTON: That ain't revealing lol |
| UC: I have them I just want to know that yours are original and not something from the net lol. |
| UC: Do you have a way of proving |
| TIPTON: What do you want? |
| UC: What u have |
| UC: Any way that u can show original |
| UC: U leave |

16. TIPTON then sent the UC two images. The first image depicted what appears to be a prepubescent child lying on top of a character bed sheet. Her face was not exposed and the child was wearing a black T shirt. The second image depicted an individual pointing a finger near the same bed sheet described above.

17. The UC then sent an image of the chest area of his purported child (as noted above, not a real person). TIPTON stated, "Ever lick it."

18. TIPTON sent an image of the stomach and chest region of a prepubescent child. The child's face was not visible and the photo depicted the child's bare breast.

19. The UC sent an image of his purported daughter. The image depicted the child's stomach and underwear region. TIPTON responded, "Show her pussy." Later in the chat, TIPTON stated, "I got a pussy pic do you." TIPTON sent the UC an image depicting a male pulling a prepubescent child's panties to the side and pressing his penis against her unclothed

7

genitalia. The picture focused on the child's genitalia and did not depict her face. The underwear were white in color with orange trim. TIPTON had no more contact with the UC after sending this image. TIPTON'S Kik account was shut down. It is unknown whether this account was shut down by TIPTON or Kik.

20. An administrative subpoena was served on Kik c/o MediaLab requesting subscriber identification and IP access logs associated with username tiptjd1. Kik's response provided a display name of "J T", an unconfirmed email address of tiptjd4886@gmail.com, a device description of an iPhone, and IP logs spanning March 12 through 13, 2020. Examination of the logs yielded a single Verizon FIOS IP address (71.191.74.71) used to register and access the target account.

21. An administrative subpoena was served on Verizon requesting subscriber identification and physical service address information associated with the aforementioned IP address. Verizon's response identified the subscriber as Jason Tipton, service address 9283 Potomac Loop, Fort Belvoir Virginia 22060, daytime telephone number 727-412-3478, evening telephone number 727-667-9280, and email address tiptjd@gmail.com.

22. Upon receipt of this information, FBI Washington Field Office used available open source, commercial (*e.g.*, Accurint), and law enforcement sensitive (*e.g.*, NCIC, Department of Motor Vehicles) databases to fully identify the suspected user of Kik account tiptjd1 as Jason David Tipton of 9283 Potomac Loop, Fort Belvoir Virginia 22060. TIPTON has no identifiable criminal history. U.S. Army Criminal Investigation Division ("CID") at Fort Belvoir confirmed that TIPTON's address of record is 9283 Potomac Loop, Fort Belvoir Virginia 22060.

23. A social networking profile (www.facebook.com/jason.tipton.90) was identified as belonging to TIPTON. Review of publicly available photographs on this profile yielded multiple of an individual in military fatigues and visually matching TIPTON's Kentucky driver's license photograph. Additionally, there were publicly available photographs of TIPTON with a prepubescent female who appears to be of similar age and build as the images sent by TIPTON in the chats. A subpoena return for tiptjd is still pending. However, based on your UC's experience it is not uncommon for Kik users to have multiple accounts or delete their accounts. In this case, it appears that Kik account tiptjd belongs to TIPTON as the Kik names are practically identical and the information provided by TIPTON in the tiptjd chat similarly match the information and images provided by TIPTON in the tiptjd1 chats.

24. On March 30, 2020, I conducted surveillance on 9283 Potomac Loop, Fort Belvoir Virginia 22060. I observed a grey Chevrolet SUV, bearing Virginia license plate USM-8111 in the driveway of the residence. This vehicle is registered to JASON and SARA TIPTON at 9283 Potomac Loop, Fort Belvoir Virginia 22060.

## Conclusion

25. Based on the above information, there is probable cause to believe that JASON DAVID TIPTON (herein "TIPTON") committed Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), on or about March 13, 2020.

Respectfully submitted,

Alix Skelton
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) this 1st day of April, 2020

Honorable Deborah A. Robinson
United States Magistrate Judge

## Conclusion

25. Based on the above information, there is probable cause to believe that JASON DAVID TIPTON (herein "TIPTON") committed Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), on or about March 13, 2020.

Respectfully submitted,

Alix Skelton
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) this 1st day of April, 2020

_____
Honorable Deborah A. Robinson
United States Magistrate Judge