## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 25, 2021

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO.  20-mj-52** |
| | : | |
| **JASON DAVID TIPTON,** | : | **VIOLATIONS:** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 2252(a)(2)** |
| | : | **(Distribution of Child Pornography)** |
| | : | |
| | : | **Forfeiture: 18 U.S.C. § 2253(a)** |
| | : | **21 U.S.C. § 853(p)** |

### I N D I C T M E N T

The Grand Jury Charges that:

### COUNT ONE

On or about March 13, 2020, within the District of Columbia and elsewhere, the defendant,

**JASON DAVID TIPTON**, knowingly distributed any visual depiction, using any means and

facility of interstate and foreign commerce, and that such visual depiction has been shipped and

transported in and affecting interstate and foreign commerce, by any means including by computer,

and the production of such visual depiction involved the use of a minor engaging in sexually

explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code,
Section 2252(a)(2))

### FORFEITURE ALLEGATION

1.       Upon conviction of the offenses alleged in Count One, the defendant shall forfeit

to the United States any and all matters which contain visual depictions of minors engaged in

sexually explicit conduct in violation of the charged offenses; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including but not limited to the following:

      (1)     One Apple iPhone 7 (IMEI 355314086955297)

      (2)     One HTC Smartphone (Model Number OP90110)

      (3)     One Apple Smartphone (IMEI 353058106399802)

      3.     If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

**(Criminal Forfeiture,** pursuant to Title 18, United States Code, Section 2253(a) and Title 21, United States Code, Section 853(p))

A TRUE BILL

FOREPERSON

*Channung Phillips/MZ*

Attorney for the United States in and for the District of Columbia

2